NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――

**Z.A. SEA FOODS PRIVATE LTD., B-ONE BUSINESS HOUSE PVT. LTD., HARI MARINE PRIVATE LTD., MAGNUM EXPORT, MEGAA MODA PVT. LTD., MILSHA AGRO EXPORTS PRIVATE LTD., SEA FOODS PRIVATE LTD., SHIMPO EXPORTS, FIVE STAR MARINE EXPORTS PRIVATE LIMITED, HN INDIGOS PRIVATE LTD., RSA MARINES, ZEAL AQUA LTD.,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant*

**AD HOC SHRIMP TRADE ACTION COMMITTEE,**
*Defendant-Appellant*

―――――――――――――

2023-1469

―――――――――――――

Appeal from the United States Court of International Trade in No. 1:21-cv-00031-GSK, Judge Gary S. Katzmann.

―――――――――――――

**JUDGMENT**

―――――――――――――

MacKensie R. Sugama, Trade Pacific PLLC, Washington, DC, argued for plaintiffs-appellees. Also represented by Jonathan M. Freed, Robert Gosselink, Aqmar Rahman.

Zachary Walker, Picard Kentz & Rowe LLP, Washington, DC, argued for defendant-appellant. Also represented by Jy Cheh Sophia Lin, Nathaniel Rickard.

_____

THIS CAUSE having been heard and considered, it is

Ordered and Adjudged:

Per Curiam (Lourie, Clevenger, and Hughes, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

Entered by Order of the Court

June 7, 2024
Date

Jarrett B. Perlow
Clerk of Court